UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

MICHAEL JONES,

        Plaintiff,                       Case No. 1:24-cv-120

v.                                            Honorable Ray Kent

UNKNOWN PART(Y)(IES),

        Defendant.
_____/

## ORDER TO FILE AMENDED COMPLAINT

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff has failed to file an actual complaint, but instead submits a letter in which he asserts that he intends to file four separate cases. (ECF No. 1, PageID.1.) Plaintiff then goes on to state that he intends to assert claims arising in March of 2020, December of 2023, January of 2024, and February of 2024. (*Id.*, PageID.1-2.) All civil rights complaints brought by prisoners must be submitted on the form provided by this Court. *See* W.D. Mich. LCivR 5.6(a). Plaintiff failed to file his complaint on the requisite form. Nor does Plaintiff name any individual Defendants. If Plaintiff wishes to proceed with his action, he must carefully fill out the form and submit it to the Court.

The Court directs the Clerk to send to Plaintiff four copies of the form complaint under 42 U.S.C. § 1983 for a civil action by a person in state custody. Plaintiff shall use a form complaint for each action he wishes to pursue. Plaintiff must also list the names of any individuals that he seeks to sue in each action on the form complaint relating to that action.

Plaintiff shall submit at least one amended complaint in this action by filing his complaint on the requisite form within twenty-eight (28) days from the date of entry of this order. The

amended complaint will take the place of the original complaint, so it must include all of the Defendants that Plaintiff intends to sue and all of the claims that Plaintiff intends to raise in that action. Plaintiff need not re-submit supporting exhibits filed with the original complaint. The case number shown above must appear on the front page of the amended complaint. If Plaintiff fails to submit an amended complaint in proper form within the time allowed, the Court may dismiss the complaint without prejudice.

    **IT IS SO ORDERED**.

Dated:  2/26/2024                                             /s/ Ray Kent
                                                                           Ray Kent
                                                                           United States Magistrate Judge